**Electronically Filed**
**Supreme Court**
**SCWC-23-0000293**
**04-SEP-2024**
**08:30 AM**
**Dkt. 10 ODAC**

SCWC-23-0000293

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DEWITT LONG,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000293; CASE NO. 1PC121001613)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Remigio, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed

on July 24, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 4, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio

